In the Matter of MARIO OCASIO, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of the New York State Department of Correctional Services, Respondent. [634 NYS2d 288] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: We reject the contention of petitioner that the inmate misbehavior report, by itself, did not constitute substantial evidence in support of the determination that he violated two inmate rules (*see, People ex rel. Vega v Smith*, 66 NY2d 130). The report alleges that petitioner engaged in conduct disturbing to the order of the facility by talking with other inmates while being escorted to the facility hospital and that he disobeyed a direct order not to talk. It was authored by the correction officer who issued the order and escorted the inmates and it contains a detailed description of petitioner's conduct. The fact that another correction officer who co-signed the report could not positively identify petitioner at the hearing as one of the inmates who was talking did not negate the reliability and probative value of that report (*see, Matter of Foster v Coughlin*, 76 NY2d 964, 966; *Matter of Taylor v Coughlin*, 190 AD2d 900, *lv denied* 82 NY2d 651). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Lawton, J. P., Wesley, Balio, Davis and Boehm, JJ.

 In the Matter of ANONYMOUS, a Tenured Teacher Employed by the Mexico Central School District, Appellant, v BOARD OF EDUCATION FOR THE MEXICO CENTRAL SCHOOL DISTRICT, Respondent. [635 NYS2d 562] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (*see also, Matter of LaRocca v Board of Educ.*, 220 AD2d 424). (Appeal from Judgment of Supreme Court, Oswego County, Hurlbutt, J.—CPLR art 78.) Present—Lawton, J. P., Wesley, Balio, Davis and Boehm, JJ.